FILED

2026 AUG 31 AM 10: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY VMA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. PLAINTIFF | CASE NUMBER: 2:26-MJ-05043-DUTY |
| Darwin RIVERA-FLORES<br>USMS# DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 08/28/2026 0755 ☒ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☐ No
4. Charges under which defendant has been booked:
   18 USC 1015 (False Claim U.S. CITIZENSHIP) 52 USC 20511 (FRAUDULENT VOTE REG)
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language:
7. Year of Birth: 1995
8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: Phone Number:
9. Name of Pretrial Services Officer notified: EMAZLED
10. Remarks (if any):
11. Name: Christopher Kuzma (please print)
12. Office Phone Number: 310-269-8623
13. Agency: Homeland Security Invest
14. Signature: [signature]
15. Date: 8/31/26