# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Darwin Jonathan Rivera-Flores DEFENDANT. | CASE NUMBER<br>2:26-MJ-05043-DUTY *SEALED* |
| | **NOTICE DIRECTING DEFENDANT TO APPEAR FOR PRELIMINARY HEARING AND FOR ARRAIGNMENT ON INDICTMENT/INFORMATION** |

YOU ARE HEREBY NOTIFIED AND DIRECTED to appear before a United States Magistrate Judge at the United States Courthouse located at:

| | | |
|---|---|---|
| ☑ Western Division<br>255 E. Temple Street<br>Courtroom 640, 6th Floor<br>Los Angeles, CA 90012 | ☐ Southern Division<br>411 W. Fourth Street<br>Courtroom ______, ______ Floor<br>Santa Ana, CA 92701 | ☐ Eastern Division<br>3470 Twelfth Street<br>Courtroom ______, ______ Floor<br>Riverside, CA 92501 |

at 11:30AM on 9/21/26, for your Preliminary Hearing. You must appear as directed on this date unless you receive notice prior to that date that an indictment or information has been filed against you in the U.S. District Court.

If you do receive notice that an indictment or information has been filed against you, YOU MUST INSTEAD APPEAR before a United States Magistrate Judge at the United States Courthouse located at:

| | | |
|---|---|---|
| ☑ Western Division<br>255 E. Temple Street<br>Courtroom 640, 6th Floor<br>Los Angeles, CA 90012 | ☐ Southern Division<br>411 W. Fourth Street<br>Courtroom ______, ______ Floor<br>Santa Ana, CA 92701 | ☐ Eastern Division<br>3470 Twelfth Street<br>Courtroom ______, ______ Floor<br>Riverside, CA 92501 |

at 11:30 AM on 9/25/26, at which time you will be arraigned on the indictment or information. Upon arraignment, your case will be assigned to a judge of this Court, before whom further proceedings will be held. Depending on the judge to whom your case is assigned, you may be required to appear before that judge to enter a plea on the afternoon of the same day the arraignment is held.

If you have retained your own attorney, he or she must be present with you on the date ordered above. If you do not have an attorney, an attorney will be appointed to represent you at that time, provided you are without sufficient funds to retain a private attorney.

**IF YOU FAIL TO APPEAR AT THE DATE, TIME AND PLACE INDICATED, YOUR PRESENT BOND WILL BE FORFEITED AND THE COURT WILL ISSUE A WARRANT FOR YOUR ARREST.**

NOTE: Your case may be assigned for further proceedings in a division different from the one indicated above. If so, a notice will be mailed to you and your attorney. You must therefore keep in close contact with your attorney so you will not waste time and effort by going to the wrong location.

Clerk, U.S. District Court

Filed and Dated: 8/31/2026

By Marlene Ramirez
Magistrate Judge Courtroom Deputy Clerk