Howard Shneider (Bar No. 309492)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202

FILED
CLERK, U.S. DISTRICT COURT
AUG 31 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Darwin Jonathan Rivera-Flores

DEFENDANT.

CASE NUMBER:

MJ 26-5043

**DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS**

I, Darwin Jonathan Rivera-Flores, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☑ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31 day of August, 2026
at Los Angeles, California
*(City and State)*

[signature]
*Signature of Defendant/Material Witness*

---

If the declarant is not an English speaker, include the following:

I, ______________________, am fluent in written and spoken English and ______________________ languages. I accurately translated this form from English into ______________________ to declarant ______________________ on this date.

Date: ______________________

______________________
*Interpreter*