FILED
CLERK, U.S. DISTRICT COURT
Sept 16, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: pd DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARWIN JONATHAN RIVERA-FLORES,<br>aka "Darwin Jonathan Floresrivera,"<br>aka "Darwin J. Rivera,"<br>aka "Darwin Rivera,"<br><br>Defendant. | No. 2:26-cr-00598-MCS<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 1015(f): False Claim to United States Citizenship in Connection with Registering to Vote] |

The Grand Jury charges:

[18 U.S.C. § 1015(f)]

1. Defendant DARWIN JONATHAN RIVERA-FLORES ("RIVERA-FLORES") was born in 1995 in Honduras and is a citizen and national of Honduras. On or about November 28, 2005, defendant RIVERA-FLORES was granted lawful permanent residence status in the United States.

2. On July 15, 2016, under penalty of perjury, defendant RIVERA-FLORES applied for a California Driver's License and, in the

application, stated that he was not a United States Citizen and was not eligible to vote.

3. On June 16, 2020, under penalty of perjury, defendant RIVERA-FLORES applied for a California Driver's License and, in the application, stated that he was not a United States Citizen.

4. On October 13, 2021, under penalty of perjury, defendant RIVERA-FLORES applied to replace his California Driver's License and, in the application, stated that he was not a United States Citizen.

5. On September 10, 2025, under penalty of perjury, defendant RIVERA-FLORES applied to renew his California Driver's License and, in the application, stated that he was not a United States Citizen.

6. On November 25, 2025, in Los Angeles County, defendant RIVERA registered to vote in a federal election by completing an online application on the California Secretary of State's website. As part of that application, under penalty of perjury, defendant RIVERA-FLORES claimed to be a United States citizen.

//

//

//

7. On or about November 4, 2025, in Los Angeles County, within the Central District of California, defendant RIVERA-FLORES, an alien, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote in a federal, state, or local election.

A TRUE BILL

/S/
Foreperson

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

MICHAEL G. WHEAT
MINJAE KIM
Assistant United States Attorneys
Orange County Office