# EXHIBIT C

**From:** [redacted]
**To:**

**Cc:**

**Subject:** 08196-26 | BCAST | Voter Fraud Surge - Broadcast Message Request
**Date:** Friday, August 28, 2026 4:14:16 PM

---

***At the request of Assistant Director Michael J. Krol, Homeland Security Investigations (HSI), Domestic Operations, the following message is being sent to all Special Agents in Charge.***

**<u>Criminal Voter Fraud Initiative – Surge Operation</u>**

HSI continues to protect the integrity of the United States legal, immigration, and identification systems by investigating unlawful voting and related document or identity fraud. These matters may undermine public trust, compromise lawful processes, and expose broader criminal or facilitation networks.

**<u>Surge Overview</u>**

**Beginning September 1, 2026,** HSI will launch a coordinated Criminal Voter Fraud surge initiative to pursue investigative leads, conduct field interviews, and support timely prosecutorial review. **Each SAC office with leads in the assigned state are asked to take investigative action each day based on the schedule below:**

- **Washington, Wisconsin, Missouri and Georgia:** September 1, 2026
- **California:** September 7, 2026
- **California:** September 14, 2026
- **Pennsylvania:** September 21, 2026
- [redacted]

Offices must coordinate with partner agencies as appropriate, refer prosecutable matters to the U.S. Attorney's Office, document investigative findings in [redacted], and update the Criminal Voter Fraud Initiative Portal.

The portal is intended to support real-time updates, consolidated executive reporting, and national-level visibility. The portal is a tracking and reporting tool only; [redacted] remains the official case management system for investigative records, official case documentation, and all required case activity.

**<u>Case Management Guidance</u>**

Offices should ensure criminal voter fraud matters are properly documented in [redacted] as appropriate, and continue to use the following case management guidance previously provided

by CBFCC/IBFU:

- **Case Category:** [redacted] – Document Fraud
- **Subcategory:** [redacted] – Government Issued Documents (Non-CIS)
- **Project Code:** [redacted] – Voter Fraud – Alien

Relevant federal statutes may include, but are not limited to:

- **18 USC 611** – Voting by Aliens
- **18 USC 911** – False Representation of U.S. Citizenship
- **18 USC 1015(f)** – False Statement Claiming Citizenship to Vote
- **18 USC 1073** – Flight to Avoid Prosecution
- **18 USC 1546** – Fraud/Misuse of Visas, Permits, and Other Documents
- **52 USC 20511(2)(B)** – Illegal Procurement, Casting, or Tabulation of Ballots in an Election
- **52 USC 10307(c)** – False Information in Registering or Voting

**Media and Reporting**

Field offices must coordinate any anticipated media or public messaging through their local Public Affairs Officer (PAO). Offices should upload appropriate photos or supporting materials to the Criminal Voter Fraud Initiative Portal for consolidated reporting and leadership awareness.

For Voter Fraud Initiative programmatic questions, field offices may continue to coordinate with CBFCC/IBFU at [redacted]@ice.dhs.gov.

For Domestic Operations-related questions, please contact Operations Chief [redacted] at [redacted]@hsi.dhs.gov.

When responding to or forwarding this email, please do not change the text in the subject line and respond to the HSI OPS Tasking email address.

HSI Domestic Operations
[redacted]
Washington, D.C. [redacted]
[redacted]@ice.dhs.gov

***Please indicate clearing official (Title, First and Last Name) for each tasking requiring clearance. Standard = GS15.***
[redacted]
*For Tracking Purpose. Please Do Not Change the Subject Line.*

[redacted]

*Homeland Security Investigations*
*Cross-Border Financial Crime Center*

**U.S. Department of Homeland Security**
[redacted]

LAW ENFORCEMENT SENSITIVE - FOR OFFICIAL USE ONLY

# HSI Election Integrity Investigations

08/31/2026

## Overview

Homeland Security Investigations (HSI), through the Cross Border Financial Crime Center (CBFCC), continues advancing a phased election integrity initiative focused on identifying unlawful voter activity, detecting organized facilitation networks, and supporting criminal and administrative enforcement actions. Current efforts center on [redacted].

## 50 State Voter Roll Processing

iLab has received [redacted] states and the [redacted] voter rolls. iLab is in the process of ingesting the data.

## Recent Arrests

On August 19, 2026, [redacted] criminally arrested [redacted], a Chinese foreign national, unlawfully present in the United States, for violations of 52 U.S.C. § 20511 (2)(A) – FRAUDULENT REGISTRATION and; 52 U.S.C. § 20511(2)(B) – FRAUDULENT VOTING.

On August 26, 2026, [redacted] administratively arrested [redacted], a citizen of Liberia, a legal permanent resident of the United States, for 237(A)(6) – UNLAWFUL VOTER.

On August 24, 2026, [redacted] administratively arrested [redacted], a citizen of Iran, a legal permanent resident of the United States, for 237(A)(6) – UNLAWFUL VOTER.

## Planned Actions

On September 3, 2026, HSI [redacted] anticipates executing a federal arrest warrant for a [redacted] national lawful permanent resident for violations related to voter fraud. This is an HSI-led investigation being prosecuted by the USAO in the [redacted].

On or after August 31, 2026, [redacted] tentatively anticipates indicting three to four individuals suspected of engaging in voter fraud activities. HSI continues coordinating with the [redacted] for upcoming indictments and criminal arrest warrants.

## Criminal Voter Fraud Initiative – Surge Operation

**Beginning September 1, 2026,** HSI will launch a coordinated Criminal Voter Fraud surge initiative to pursue investigative leads, conduct field interviews, and support timely prosecutorial review. **Each SAC office with leads in the assigned state are asked to take investigative action each day based on the schedule below:**

- **Washington, Wisconsin, Missouri and Georgia:** September 1, 2026
- **California:** September 7, 2026
- **California:** September 14, 2026
- **Pennsylvania:** September 21, 2026
- [redacted]

[redacted]

**Enforcement Stats FY26** (last 7 days)

- Voter Fraud Cases Initiated: 869 1,163 (+497)
- Cases Presented for Prosecution: 102 (+24)
- Total Accepted for Prosecution: 58 (+10)
- Federal Prosecutions Accepted: 54 (+10)
- State/Local Prosecutions Accepted: 4

- Pending Prosecutorial Determination: 48 (+18)
- Administrative Arrests: 84 (+2)
- Criminal Arrests: 36 (+1)
- Indictments: 24 (+1)
- Convictions: 7

**Enforcement Actions by SAC Offices FY26**

[redacted]

**Voter Fraud Criminal Arrests** [redacted] **– FY26 (last 7 days):**

[redacted]

**Voter Fraud Administrative Arrests** [redacted] **– FY26 (last 7 days):**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Upcoming State Primary Elections**

[redacted] This week's (September 1) primary election is in Massachusetts and no relevant developments on Massachusetts' upcoming primary election were identified.

Primary elections are scheduled on the following dates in September:

- September 1: Massachusetts
- September 8: New Hampshire
- September 9: Rhode Island
- September 15: Delaware