Howard Shneider (Bar No. 309492)
(Email: Howard_Shneider@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF(S) | CASE NUMBER: 2:26-00598-MCS-1 |
| v. | |
| DARWIN JONATHAN RIVERA-FLORES, DEFENDANT(S). | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

In Camera Documents

**Reason:**

☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________
☐ Other:

October 27, 2026
Date

Howard Shneider
Attorney Name

Darwin Jonathan Rivera-Flores, Defendant
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*