**AMY KARLIN**
California State Bar No. 150016
Interim Federal Public Defender
**HOWARD SHNEIDER**
California State Bar No. 309492
**DANIEL T. LEE**
California State Bar No. 343306
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081
Howard_Shneider@fd.org
Daniel_Lee@fd.org
Attorneys for Defendant
DARWIN RIVERA-FLORES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DARWIN RIVERA-FLORES,<br>Defendant. | Case No. 2:26-cr-00598-MCS<br><br>***EX PARTE* APPLICATION TO FILE EXHIBITS D AND E TO MOTION TO COMPEL DISCOVERY UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL** |

Defendant Darwin Rivera-Flores, by and through his counsel of record, Deputy Federal Public Defenders Howard Shneider and Daniel Lee, hereby requests the Court issue an Order that the document lodged as docket numbers 27-4 and 27-5, entitled "Exhibit D, ERO Office and Voting Report and Exhibit E, CA Online Voter Status," be filed under seal, as they contain personally identifying information. A redacted copy of Exhibits D and E will be filed on the public docket.

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED: October 29, 2026 By: */s/ Daniel T. Lee*

DANIEL T. LEE
Deputy Federal Public Defender
Attorney for Darwin Rivera-Flores

**MEMORANDUM OF POINTS AND AUTHORITIES**

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Local Rule 79-5.1 provides that a party may request that documents be filed under seal.

Federal Rule of Criminal Procedure 49.1 regarding privacy protection requires certain personal identifying information for crime victims to be redacted. The exhibits attached to docket number 27, entitled "Exhibit D, ERO Office and Voting Report, and Exhibit E, CA Online Voter Status," included the personal identifying information of the defendant. Because the personal identifying information in the exhibits as docket numbers 27-4 and 27-5 was not properly redacted, the defense now seeks to have the Exhibits D and E sealed so that the personal identifying information is not publicly available. It is submitted that the attached declaration of counsel is sufficient to justify that the documents entitled, "Exhibit D, ERO Office and Voting Report, and Exhibit E, CA Online Voter Status," lodged as docket numbers 27-4 and 27-5, be filed under seal.

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED: October 29, 2026 By: */s/ Daniel T. Lee*

DANIEL T. LEE
Deputy Federal Public Defender
Attorney for Darwin Rivera-Flores

**DECLARATION OF DANIEL T. LEE**

I, Daniel T. Lee, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent defendant Darwin Rivera-Flores, in the above-titled action.

2. The documents entitled Exhibit D and E contain the personal identifying information of Mr. Rivera.

3. On October 28, 2026, defense counsel realized said identifying information had been filed publicly and unredacted.

4. The defense therefore asks this Court to place under seal the document entered as docket number 27-4, as well as this instant application.

5. On October 29, 2026, Assistant United States Attorney Minjae Kim indicated the government does not object to this request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: October 29, 2026

*/s/ Daniel T. Lee*

DANIEL T. LEE
Deputy Federal Public Defender
Attorney for Darwin Rivera-Flores