**AMY KARLIN**
California State Bar No. 150016
Interim Federal Public Defender
**HOWARD SHNEIDER**
California State Bar No. 309492
**DANIEL T. LEE**
California State Bar No. 343306
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081
Howard_Shneider@fd.org
Daniel_Lee@fd.org
Attorneys for Defendant

DARWIN RIVERA-FLORES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARWIN RIVERA-FLORES,<br><br>Defendant. | Case No. 2:26-cr-00598-MCS<br><br>**EXHIBITS D AND E TO MOTION TO COMPEL DISCOVERY (DOCKET NO. 27)** |

Defendant, Darwin Rivera-Flores, through his attorneys of record Deputy Federal Public Defenders Howard Shneider and Daniel T. Lee, hereby submits the redacted Exhibits D and E to Motion to Compel Discovery (Docket. No. 27) for the Court's consideration.

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED: October 29, 2026

By */s/ Daniel T. Lee*
DANIEL T. LEE
Deputy Federal Public Defender