# EXHIBIT D

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

Official Use Only | Law Enforcement Sensitive

08/25/2026 20:54 EDT



## Narrative

As documented in previous reports, SA Kuzma issued a Central Violations Bureau (CVB) citation to RIVERA-FLORES on February 18, 2026, for blocking DHS/ERO Mission Support Specialist (MSS) Lisa Williams from entering the federal building in Camarillo, MSS Williams offered additional information to HSI Ventura personnel. On March 27, 2026, MSS Williams reported RIVERA-FLORES confronted her near the federal building in Camarillo, CA. MSS Williams reported RIVERA-FLORES "threatened to find my neighborhood, find my house and not to worry…find me." MSS Williams called the local police and reported the incident. Camarillo Sheriff's Deputy Dante responded and provided MSS Williams incident number 26-39167 (Agent Note: SA Kuzma confirmed with the Ventura County Sheriff's Office a report was never generated for this incident). Again, it should be noted RIVERA-FLORES approached MSS Williams after the CVB citation issuance for blocking MSS Williams but before a mandatory CVB court date scheduled on May 2, 2026, knowing she was a key witness in the February 18th incident.

Following the issuance of the CVB citation to RIVERA-FLORES and prior to the scheduled May 2, 2026, SA Kuzma continued to conduct record checks on RIVERA-FLORES. Two of these records checks were through the Selective Service System and California Secretary of State, Election Division. First, records with the Selective Service System show a registration number [redacted] dated October 3, 2014. This record is in the name Darwin J Rivera with a date of birth of [redacted]. Second, records through the California Secretary of State showed an active voting registration record in the name of "Darwin Rivera" using the address of [redacted] This record also lists Los Angeles County as registered to vote in.

As a result, on April 8, 2026, SA Kuzma hand served Customs Summons number HSI-[redacted] to personnel at the Los Angeles County Registrar-Recorder and County Clerk office building in Norwalk, CA. After delivering the summons, SA Kuzma received contact from a representative of LA Office of the County Counsel explaining to SA Kuzma that some of the voting records must be redacted due to CA state law. On April 9, 2026, SA Kuzma received via email a certified record from the Los Angeles Registrar and County Clerk's office providing a California Voter Registration Form in the name of Darwin J Rivera. This record also provided the following information:

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS



Date: November 4, 2025.

Home Address: [redacted]

Date of Birth: [redacted]

Phone Number: [redacted]

Email: [redacted]

Birthplace: United States of America (There is also a check mark in the box next to "I am a U. S. citizen).

The record contains areas of the voter form that is labeled "Redacted." The areas redacted include "California ID", "SSN4" and "Signature."

During the course of this investigation, RIVERA-FLORES' immigration status in the United States was established using several record checks through DHS systems. These records revealed an Alien Registration number [redacted] in the name "Darwin Jonathan Rivera" also known as "Darwin Rivera" with a date of birth of [redacted]. DHS records reveal that RIVERA-FLORES was born on [redacted] As of this writing, RIVERA-FLORES' immigration status is [redacted] These records also list additional identifying information for RIVERA-FLORES to include a physical address of [redacted]. These DHS records also include a photograph of RIVERA-FLORES and depict the same person when compared to photographs attributed to California Driver's License number [redacted].

In addition, when SA Kuzma issued RIVERA-FLORES the CVB citation on February 18, 2026, RIVERA-FLORES was present at the U.S. Immigration and Citizen Service building for an appointment to renew his green card with an I-90 application.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

Official Use Only | Law Enforcement Sensitive



On April 8, 2026, SA Kuzma called RIVERA-FLORES' cell phone [redacted] using his government issued cell phone in an attempt to schedule an interview with RIVERA-FLORES to gain a better understanding of the March 27, 2026, encounter between RIVERA-FLORES and MSS Williams in March 2026. SA Kuzma spoke to RIVERA-FLORES and explained there has been another incident at the federal building in Camarillo and requested to interview RIVERA-FLORES regarding the incident. RIVERA-FLORES declined to schedule an interview.

Beginning on April 27, 2026, SA Kuzma received multiple text messages from various phone numbers to include ([redacted] (Agent Note: Once SA Kuzma blocked a number, additional messages were received from a different number). Most of the text messages are addressed to "Chris" and contained verbiage and content leading SA Kuzma to believe the texts are written by RIVERA-FLORES. For example, text messages contained profanity words repeatedly used by RIVERA-FLORES in videos. Many of the text messages also contained anti-Immigration and Customs Enforcement comments and mention a conversation SA Kuzma had with RIVERA-FLORES on the day SA Kuzma issued the CVB citation. One text message from [redacted] on May 13, 2026, stated, "Is Lisa okay" (Agent Note: SA Kuzma believed this message referenced MSS Williams and reported this text message to ERO management in Camarillo, CA).

Another text message from [redacted] on April 27, 2026, states in part, "…I can't wait until the mid terms you dont have qualified immunity then we can start and indict all you guys one bye one."

Federal Bureau of Investigation records under Universal Control Number [redacted] for RIVERA-FLORES also list his birth country, and citizenship, as Honduras, contains a Social Security number [redacted], and a driver's license number [redacted]

Record checks through the California Department of Motor Vehicles confirmed that driver's license number B8193453 is associated with the name "Darwin Johathan Rivera Flores" and the address of [redacted]. The latest issue date of this record is September 10, 2025, and it contains a photograph depicting the same person in DHS databases under alien number [redacted], namely RIVERA-FLORES. This record also shows a date of birth as [redacted] and contains an image of RIVERA-FLORES' signature.

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS



In July 2026, SA Kuzma received a certified voter registration application number [redacted], a voter registration receipt and a signature image from the California Secretary of State, Elections Division. The voter registration name is listed as "Darwin J Rivera" and lists the same address on [redacted]. Under the application question of "Did someone help you fill out this form" the answer "no" is checked. A check mark is provided next to the application wording "I am a U.S. citizen." Following a declaration under penalty of perjury warning, the voter registration application is dated November 4, 2025. The voter application also provided the following for Darwin J Rivera:

1. California ID number [redacted]
2. Date of birth as "[redacted]
3. Place of birth as "United States of America"
4. "SSN4" as [redacted]
5. Phone number as [redacted]
6. Email as [redacted]

The signature supplied by the voter and attached to voter application number [redacted] in the name of Darwin J Rivera appears to match RIVERA-FLORES' signature on his California driver's license dated September 2025.

In July 2026, SA Kuzma received certified records from the California Department of Motor Vehicles (DMV) pertaining to RIVERA-FLORES' driver's license number [redacted] (Agent Note: These records were unredacted). These records include photographs and applications from January 2013 through September 2025 for RIVERA-FLORES. These signed and completed applications by RIVERA-FLORES records show a consistent answer "no" to the question of "Voter Eligibility."

A further review of these applications by SA Kuzma revealed an application electronically signed by RIVERA-FLORES on September 10, 2025. Under the question of "My History" and "Previously Cancelled, Refused, Suspended, or Revoked" the answer is marked "no" (Agent Note:



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS



RIVERA-FLORES marked "yes" to this question on all the earlier dated applications). Records obtained from the Los Angeles County Rapsheet Consolidated History Reporting System (CCHRS) for RIVERA-FLORES reveal a "Birth Place" as "CA" and lists the following arrests related to driving:

1. October 2020 - LASO arrest for Unlicensed Driver with a result of "Dismissal in furth of justice"
2. June 2021 - LAPD arrest for Unlicensed Driver with a result of "Interest of Justice"
3. November 2021 - LAPD arrest for Driving Under the Influence with a result of "insufficient evidence"

In August 2026, SA Kuzma received certified voter registration records from County of Los Angeles, Office of the County Counsel, under voter ID number [redacted] in the name of "Darwin J Rivera" and executed on November 4, 2025, through an online portal. These records list the following:

1. Residence as "[redacted]
2. Birth date as "[redacted]
3. Birthplace as "United States of America"
4. Email as [redacted]
5. Phone number [redacted]

This voter registration form also shows a checkmark next to the box/phrase "I am a U.S. Citizen."

As of this writing, SA Kuzma is waiting for additional unredacted certified voting records pertaining to RIVERA-FLORES from the Los Angeles County registrar office.

Investigation continues.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.