UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DARWIN JONATHAN RIVERA-FLORES,<br>Defendant. | No. 2:26-cr-598-MCS<br><u>I N F O R M A T I O N</u><br>[6 C.F.R. § 139.35(c): Prohibited conduct creating a loud or unusual noise, noxious odor, or other nuisance] |

The United States of America charges:

COUNT ONE

[6 C.F.R. § 139.35(c)]

On or about January 9, 2026, in Ventura County, within the Central District of California, defendant DARWIN JONATHAN RIVERA-FLORES committed a prohibited conduct of creating a loud or unusual noise, noxious odor, or other nuisance in violation of 6 C.F.R. § 139.35(c).

//

//

//

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

/s/
MICHAEL G. WHEAT
MINJAE KIM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA