FILED
CLERK, U.S. DISTRICT COURT
NOV - 9 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PLAINTIFF<br><br>Darwin Jonathan Rivera-Flores<br>DEFENDANT | CASE NUMBER:<br>2:26-cr-00598-(A)-MCS-<br><br>**WAIVER OF INDICTMENT** |

I, Darwin Jonathan Rivera-Flores, the above-named defendant, who is accused of Prohibited conduct creating a loud or unusual noise, noxious odor, or other nuisance, in violation of 6C.F.R. 139.35(c):, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11/09/2026, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

11/9/26
*Date*

Darwin Rivera
*Defendant*

11/9/26
*Date*

*Counsel for Defendant*

11/9/26
*Date*

Before: *Judicial Officer*

If the defendant does not speak English, complete the following:

I, ________________, am fluent in written and spoken English and ____________ languages. I accurately translated this Waiver of Indictment from English to ____________ for defendant ____________ on this date.

*Date*

*Interpreter*